Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of long staple cotton cloth of the same kind in all material respects as that passed upon in *Perseverance Import Corp.* v. *United States* (T. D. 49290), and that the proper deduction in duty for the weight of sizing in the cotton cloth in question is as follows: for yarn No. 31, 2.10 percent; for yarn No. 34, 5.25 percent; for yarn No. 52, 7.50 percent; and for yarn No. 87, 6 percent. It was accordingly held that for the purpose of assessing the additional duty of 10 cents per pound under paragraph 924, an allowance and deduction should be made for the weight of the sizing in the cotton cloth as indicated in the above-mentioned yarn numbers.

**No. 51777.**—Protests 129367–K, etc., of J. Berbecker & Sons, Inc., et al. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, JUNE 11, 1947

**No. 51778.**—Protests 50815–K/90087, etc., of Marshall Field & Co. (Chicago)

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entries. The protests were sustained to this extent.

**No. 51779.**—Protest 63208–K of M. Lehmann, Inc. (New York).

Opinion by EKWALL, J. It was stipulated that the merchandise consists of Scotch whisky aged in wooden containers at least 4 years prior to the date of entry or withdrawal from warehouse for consumption; that at the time of withdrawal for consumption the age certificate required by article 459, Customs Regulations of 1937, was not available; and that there now has been filed with the collector a certificate issued by a competent officer of the Government of Great Britain establishing to the satisfaction of the collector that the Scotch whisky in question was in fact aged in wooden containers not less than 4 years prior to exportation to the United States. The claim of the plaintiff was therefore sustained.

**No. 51780.**—Protest 96629–K of M. Lehmann, Inc. (New York).

Opinion by EKWALL, J. It was stipulated that the merchandise consists of Scotch whisky aged in wooden containers at least 4 years prior to the date of entry or withdrawal from warehouse for consumption; that at the time of withdrawal for consumption the age certificate required by article 459, Customs Regulations of 1937, was not available; and that there now has been filed with the collector a certificate issued by a competent officer of the Government of Great Britain establishing to the satisfaction of the collector that the Scotch whisky in question was in fact aged in wooden containers not less than 4 years prior to exportation to the United States. The claim of the plaintiff was therefore sustained.

**No. 51781.**—Protests 50982–K, etc., of Greenspan Bros. Co. et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51782.**—Protests 742672–G, etc., of Edgar S. Bibas, Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51783.**—Protests 806914–G, etc., of Wines & Spirits (Hawaii), Ltd., et al. (Honolulu, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51784.**—Protests 947974–G, etc., of Austin, Nichols & Co. et al. (Philadelphia and San Francisco).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51785.**—Protests 969827–G, etc., of Fleischmann Distilling Corp. et al. (San Francisco).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.